**SUSAN D. PITCHFORD, OSB No. 98091**
sdp@chernofflaw.com
**BRENNA K. LEGAARD, OSB No. 00165**
brenna@chernofflaw.com
**CHERNOFF, VILHAUER, MCCLUNG & STENZEL, LLP**
1600 ODS Tower
601 S.W. Second Avenue
Portland, Oregon 97204-3157
Telephone: (503) 227-5631
Facsimile: (503) 228-4373

**MARK J. HEBERT**, *Pro Hac Vice*
hebert@fr.com
**FISH & RICHARDSON, PC**
225 Franklin Street
Boston, Massachusetts 02110-2804
Telephone: (617) 542-5070

**RUFFIN B. CORDELL**, *Pro Hac Vice*
cordell@fr.com
**FISH & RICHARDSON, PC**
1425 K Street, N.W.
Washington, D.C. 20005-3500
Telephone: (202) 783-5070

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **SMITH & NEPHEW, INC.** and **JOHN O. HAYHURST, M.D.**, | Case No. CV05-611-KI |
| Plaintiffs, | **FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT** |
| v. | JURY TRIAL DEMANDED |
| **BIOMET, INC.** and **ARTHROTEK, INC.**, | **PATENT INFRINGEMENT CASE** |
| Defendants. | |

For their First Amended Complaint, plaintiffs allege as follows:

1. Plaintiff Smith & Nephew, Inc. ("Smith & Nephew") is a corporation organized and existing under the laws of the State of Delaware and having a principal place of business at 1450 Brooks Road, Memphis, Tennessee, and having a further place of business at 150 Minuteman Road, Andover, Massachusetts.

2. Plaintiff John O. Hayhurst, M.D. ("Hayhurst") is an individual residing at 7805 Southwest Edgewater East, Wilsonville, Oregon, within this judicial District.

3. Defendant Biomet, Inc. ("Biomet") is, upon information and belief, a corporation organized and existing under the laws of the State of Indiana, having its principal place of business at 56 East Bell Drive, Warsaw, Indiana, and residing within this judicial District pursuant to 28 U.S.C. § 1391(c).

4. Defendant Arthrotek, Inc. ("Arthrotek") is, upon information and belief, a corporation organized and existing under the laws of the State of Indiana, having its principal place of business at 56 East Bell Drive, Warsaw, Indiana, and residing within this judicial District pursuant to 28 U.S.C. § 1391(c). Upon information and belief, Defendant Arthrotek is a wholly-owned subsidiary of Defendant Biomet.

5. This action arises under the patent laws of the United States, Title 35 U.S.C. § 1 *et seq.*

6. Plaintiff Hayhurst is the owner, and Plaintiff Smith & Nephew is his exclusive licensee, of United States Letters Patent No. 5,417,691 ("the '691 patent") entitled APPARATUS AND METHOD FOR MANIPULATING AND ANCHORING TISSUE, which was duly and legally issued by the United States Patent and Trademark Office to John O. Hayhurst, M.D. on May 23, 1995, a copy of which is attached as **Exhibit A**.

7. Defendants Biomet and Arthrotek have infringed at least claims 13, 15, 18, 23 and 24 of the ‘691 patent, directly, and/or contributorily, and/or by inducing others to infringe, upon information and belief, in this judicial District and elsewhere, and will continue to do so unless enjoined therefrom by this Court.

8. Upon information and belief, Defendants Biomet and Arthrotek developed their infringing “Sure Fire” product by copying Smith & Nephew’s FasT-Fix® Mensical Repair System.

9. Plaintiffs Smith & Nephew and Hayhurst are suffering serious and immediate irreparable harm, and have been irreparably harmed to an extent not yet determined by Defendants Biomet’s and Arthrotek’s infringement, and will continue to be irreparably harmed in the future unless enjoined therefrom by this Court.

10. Upon information and belief, Defendants’ infringement of the ‘691 patent has been willful, based upon at least the following considerations:

(a) As has been admitted by Defendants in their response to Smith & Nephew’s Request for Admission No. 1, the Defendants were aware of Smith & Nephew’s FasT-Fix product, which is covered by the ‘691 patent, before beginning to develop their infringing Sure Fire product.

(b) Upon information and belief, the Defendants copied Smith & Nephew’s FasT-Fix product in order to develop their Sure Fire product.

(c) The Defendants were aware of the ‘691 patent at least as early as May 5, 2005.

(d) Upon information and belief, the Defendants never formed a good faith belief that their continued manufacture and sale of the Sure Fire product would not infringe at least claims 13, 15, 18, and 24 of the ‘691 patent.

(e) Upon information and belief, the Defendants never formed a good faith belief as to at least claims 13, 23, and 24 of the '691 patent that such claims were invalid or unenforceable.

(f) Despite the foregoing, the Defendants continued to infringe the '691 patent through their manufacture and sale of their infringing Sure Fire product at least until such infringement was enjoined by this Court's Opinion and Order entered on November 22, 2005.

(g) Accordingly, the Defendants' infringement of the '691 patent has been willful.

WHEREAS, Plaintiffs Smith & Nephew and Hayhurst pray as follows:

1. That this Court preliminarily and permanently enjoin Defendants Biomet and Arthrotek, their officers, agents, employees, representatives, successors and assigns, and any others acting in concert with them, from infringing U.S. Patent No. 5,417,691;

2. That this Court award Plaintiffs Smith & Nephew and Hayhurst damages resulting from Defendants Biomet's and Arthrotek's infringement, and award up to treble damages for Biomet's and Arthrotek's willful infringement;

3. That this Court declare this to be an exceptional case within the meaning of 35 U.S.C. § 285;

4. That this Court award Plaintiffs Smith & Nephew and Hayhurst their costs in this action, together with reasonable attorney's fees and pre-judgment and post-judgment interest; and

5. That this court grant Plaintiffs Smith & Nephew and Hayhurst such other relief as is just and proper.

DATED January 19, 2006.

CHERNOFF, VILHAUER, McCLUNG &
STENZEL, LLP

/s/ Susan D. Pitchford
Susan D. Pitchford, OSB No. 98091
Brenna K. Legaard OSB No. 00165
Telephone: (503) 227-5631
Of Attorneys for Plaintiffs

DEMAND FOR JURY

Plaintiffs demand a jury trial.

/s/ Susan D. Pitchford
Susan D. Pitchford, OSB No. 98091
Brenna K. Legaard OSB No. 00165
Telephone: (503) 227-5631
Of Attorneys for Plaintiffs